## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Children of the Court, et al.

                                  Plaintiff,

v.

Attorney Registration and Disciplinary Commission, et al.

                                  Defendant.

Case No.: 1:25−cv−03387

Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable April M. Perry: Hearing and oral argument held 5/28/2025. Plaintiff's motions for judicial notice [13][26] are granted in part and denied in part, as set forth on the record. Plaintiff's motion for protective order [24] is denied, for the reasons set forth on the record. After hearing the oral arguments of the parties, considering the documents filed as exhibits, and listening to the witness testimony, the motion for preliminary injunction [11][12] is denied, for the reasons stated in court. Plaintiff's response to the motion to dismiss [28] is to be filed by 6/20/2025; reply to be filed by 7/11/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.