# Antonio Valiente

| | |
|---|---|
| **From:** | Splitt, Steven <ssplitt@iardc.org> |
| **Sent:** | Tuesday, July 15, 2025 12:02 PM |
| **To:** | Antonio Valiente |
| **Cc:** | Boroughf, Benjamin; Gleason, Richard |
| **Subject:** | RE: Rule 11 Sanctions Motion (Draft) - 21 Day Notice (Children of the Court v. IARDC) 25-cv-03387-AMP-GAF |
| **Sensitivity:** | Confidential |

> Mr. Valiente,
> We don't believe there is any reason to confer.
> We have no objection to your proposed briefing schedule.
>
> Steve Splitt, Ben Boroughf & Richard Gleason

**From:** Antonio Valiente <lcdoavaliente@live.com>
**Sent:** Monday, July 14, 2025 12:14 PM
**To:** Splitt, Steven <ssplitt@iardc.org>; Gleason, Richard <RGleason@iardc.org>; Boroughf, Benjamin <BBoroughf@iardc.org>
**Subject:** RE: Rule 11 Sanctions Motion (Draft) - 21 Day Notice (Children of the Court v. IARDC) 25-cv-03387-AMP-GAF
**Sensitivity:** Confidential

Messrs. Splitt, Gleason & Boroughf:

Hope these lines find you well.

Do you wish to confer tomorrow Tuesday about the 12(d) relief, assuming your answer on the Rule 11 sufficed. In the alternative, we suggest a 7-day briefing schedule. May we have 2 days to reply?

Please advise.

Antonio Valiente

**CONFIDENTIALITY NOTE**: This communication and any attachments hereto contain information that may be privileged, confidential and exempt from disclosure. If you have received this communication by mistake, please delete and notify the sender immediately.

**From:** Splitt, Steven <ssplitt@iardc.org>
**Sent:** Wednesday, July 9, 2025 2:47 PM
**To:** Antonio Valiente <lcdoavaliente@live.com>; Gleason, Richard <RGleason@iardc.org>; Boroughf, Benjamin <BBoroughf@iardc.org>
**Subject:** RE: Rule 11 Sanctions Motion (Draft) - 21 Day Notice (Children of the Court v. IARDC) 25-cv-03387-AMP-GAF
**Sensitivity:** Confidential

> Mr. Valiente,

After careful consideration, we decline to strike any language from the memorandum in support of our motion to dismiss.

Steve Splitt, Ben Boroughf & Richard Gleason

---

**From:** Antonio Valiente <lcdoavaliente@live.com>
**Sent:** Friday, June 20, 2025 1:52 PM
**To:** Splitt, Steven <ssplitt@iardc.org>; Gleason, Richard <RGleason@iardc.org>; Boroughf, Benjamin <BBoroughf@iardc.org>
**Subject:** Rule 11 Sanctions Motion (Draft) - 21 Day Notice (Children of the Court v. IARDC) 25-cv-03387-AMP-GAF
**Sensitivity:** Confidential

Mr. Splitt:

Please find attached a motion we intend to file end of day Friday, July 11th, offering 21 days' notice pursuant to Rule 11.

If you agree to strike the language related to the disciplinary complaint in the 12(b)(6) portion of your Motion, we will not file for sanctions.

Cordially,

Antonio Valiente

**CONFIDENTIALITY NOTE**: This communication and any attachments hereto contain information that may be privileged, confidential and exempt from disclosure. If you have received this communication by mistake, please delete and notify the sender immediately.

Disclaimer: This email is confidential and intended only for the specific individuals to whom it is sent. Please do not forward or otherwise disclose this email without permission from the sender. Nothing in this email may be deemed an electronic signature unless the body of the email affirmatively declares an intention to sign an electronic record and specifically references the Uniform Electronic Transactions Act.
Disclaimer: This email is confidential and intended only for the specific individuals to whom it is sent. Please do not forward or otherwise disclose this email without permission from the sender. Nothing in this email may be deemed an electronic signature unless the body of the email affirmatively declares an intention to sign an electronic record and specifically references the Uniform Electronic Transactions Act.