# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Children of the Court, et al.

Plaintiff,

v.

Case No.:
1:25−cv−03387

Honorable April
M. Perry

Attorney Registration and Disciplinary Commission, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

     MINUTE entry before the Honorable April M. Perry: Hearing held on 7/29/2025. Motion for sanctions [41] is denied, for the reasons stated in Court. Motions to convert the motion to dismiss to a motion for summary judgment [42][44] are also denied. The Court may use public records when reaching a motion to dismiss, Anderson v. Simon, 217 F.3d 472 (7th Cir. 2000), but assures Plaintiff that the factual allegations in the complaint and reasonable inferences based upon those facts will be viewed in Plaintiff's favor for the purposes of deciding the 12(b)(6) motion. The motion to dismiss [28] is fully briefed and taken under advisement. Ruling will issue electronically. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.