IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Children of the Court, a non-profit corporation,** and, **Judiciocracy LLC**  )<br>)<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>**Attorney Registration and Disciplinary Commission, Lea S. Gutierrez, and Tammy Evans, in their official capacities**  )<br>)<br>)<br>*Defendants*. | Case No: 1:25-cv-03387-AMP-GAF<br><br>Judge April M. Perry |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on at September 18, 2025 at 10 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge or any judge sitting in his or her stead in Courtroom of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

Plaintiffs' Motion To Supplement The Record With Recent Controlling And Persuasive Authority

Dated: September 15, 2025                              Respectfully Submitted:

*s/ Antonio Valiente*
Antonio Ernesto Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, PR 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com

1

## CERTIFICATE OF SERVICE

I, Antonio Ernesto Valiente-Rivera, do hereby certify that I have caused the above to be filed in the Court's ECF system.

Stephen Splitt, Richard Gleason and Benjamin Boroughf
130 East Randolph Drive,
Chicago, Illinois 60601

Defendants' Attorneys

*s/ Antonio Valiente*
Antonio Ernesto Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, PR 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com