IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Edward "Coach" Weinhaus, Children of the Court, and Judiciocracy LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>Township High School District 113, Highland Park Police Department, Dr. Chala Holland, and Chief Louis Jogmen in their official capacities<br><br>*Defendants*. | Case No.: 1:25-cv-14662 |

**ORDER**

This matter comes before the Court on Plaintiffs' Emergency Motion For Preliminary Injunction Pursuant To Fed. R. Civ. P. 65(a). Accordingly, it is hereby Ordered:

1. By agreement of the Plaintiffs and the Board of Education of Township High School District 113 and Dr. Chala Holland, in her official capacity as Superintendent of Schools, while this case is pending and absent further order of the Court, Plaintiff Edward "Coach" Weinhaus's attendance at Highland Park High School's public events, whether individually or acting as a representative of Plaintiffs Children of the Court or Judiciocracy, LLC, shall be subject to the same conditions and treated in *pari passu* with other custodial parents and members of the public;
2. Plaintiffs' Emergency Motion For Preliminary Injunction Pursuant To Fed. R. Civ. P. 65(a) is dismissed without prejudice;
3. Defendants shall answer or otherwise plead by or before Monday, January 5, 2025;
4. The Parties shall file a Joint Status Report by or before Wednesday, December 31, 2025;
5. This matter is set for a Status Hearing on Wednesday, January 7, 2026 at 9:30 a.m., with all counsel and parties appearing telephonically (via WebEx dial-in: +1 650 479-3207; access code: 1804010308).



**It Is So Ordered**.

Dated: December 4, 2025         By: _____
                                Honorable Jorge L. Alonso
                                District Judge

1