IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHILDREN OF THE COURT and JUDICIOCRACY, LLC<br>　　　　Plaintiffs, | )<br>)<br>) | No. 1:25-cv-03387 |
| v. | )<br>)<br>) | The Honorable<br>April M. Perry,<br>Judge Presiding. |
| ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, LEA S. GUTIERREZ, and TAMMY EVANS,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) | Gabriel A. Fuentes,<br>Magistrate Judge. |

DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois (hereinafter, "ARDC"), Lea S. Gutierrez, and Tammy Evans, by their attorneys, respectfully ask this Court to dismiss Plaintiffs' first amended complaint with prejudice for the following reasons:

1. This Court should dismiss Plaintiffs' first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), because Plaintiffs lack standing to ask this Court to bar the ARDC from prosecuting allegations of attorney misconduct;

2. Assuming, *arguendo*, that this Court finds that Plaintiffs have standing, this Court should abstain from adjudicating this matter, as Plaintiffs are attempting to have this Court obstruct ongoing attorney disciplinary proceedings brought against Illinois lawyer Edward Weinhaus, whom Plaintiffs refer to as their "key man."

3. A memorandum in support of this motion to dismiss is attached hereto.

WHEREFORE, Defendants the ARDC, Lea S. Gutierrez, and Tammy Evans respectfully move this Court to dismiss Plaintiffs' first amended complaint with prejudice.

          Respectfully submitted,

          Defendants Attorney Registration
          and Disciplinary Commission, Lea S.
          Gutierrez, and Tammy Evans,

By: /s/ Steven R. Splitt
Steven R. Splitt, #6202897
ssplitt@iardc.org
Attorney Registration and
Disciplinary Commission
130 East Randolph Drive, #1500
Chicago, IL 60601
(312) 565-2600

/s/ Benjamin L. Boroughf
Benjamin L. Boroughf, #6317848
bboroughf@iardc.org
Attorney Registration and
Disciplinary Commission
130 East Randolph Drive, #1500
Chicago, IL 60601
(312) 565-2600

4913-2768-3978, v. 1