# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Children of the Court, et al.

                                        Plaintiff,

v.                                                                        Case No.: 1:25−cv−03387

                                                                                 Honorable April M. Perry

Attorney Registration and Disciplinary Commission, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion to Dismiss [61] is acknowledged. Motion to set a briefing schedule [63] is granted, and the court adopts the proposed briefing schedule: Plaintiffs to file a response by 3/5/2026; a reply to be filed by 3/26/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.