# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

June 12, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-2265<br><br>Caption:<br>CHILDREN OF THE COURT and JUDICIOCRACY LLC,<br>Plaintiffs - Appellants<br><br>v.<br><br>ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, et al.,<br>Defendants - Appellees |
| District Court No: 1:25-cv-03387<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge April M. Perry<br><br>Date NOA filed in District Court: 06/11/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)